MARTIN *et al. v.* WADE *et al.*

LUMPKIN, J. There was no abuse of discretion in granting an interlocutory injunction in this case.

*Judgment affirmed. All the Justices concur.*

Submitted February 5,—Decided June 29, 1909.

Injunction. Before Judge Wright. Floyd superior court. September 12, 1908.

*Sharp & Sharp,* for plaintiffs in error.

*John W. & G. E. Maddox,* contra.